## STATEMENT OF FACTS

Your affiant, ██████████████ is a Special Agent with the FBI assigned to Richmond/Winchester, Virginia area. In my duties as a special agent, I investigate a variety of cases including but not limited to Civil Rights, Bank Robberies, Financial Crimes, Violent Crimes, and am also a part of the I-81 Human Trafficking and Crimes Against Children Task Force. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

1

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of Adkins at the Capitol on January 6

ADKINS sent messages to Facebook friends, relating to the riot at the Capitol in Washington D.C. on January 6, 2021, which were obtained by the FBI.  Image 1, below, is a screenshot taken from a message that ADKINS sent to a friend on Facebook detailing ADKINS' plans for his trip to Washington D.C. on January 6, 2021, and offering the friend a ride.



**Author** Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-05 21:51:32 UTC
**Body** You going tomorrow

**Author** ████████████████████████████████
**Sent** 2021-01-05 23:08:57 UTC
**Body** I am. You?

**Author** Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-05 23:44:17 UTC
**Body** You know it

**Author** ████████████████████████████████
**Sent** 2021-01-06 00:40:15 UTC
**Body** Hell yeah. I'm gonna try to carpool with someone

**Author** Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-06 01:02:04 UTC
**Body** Ride with me

**Author** ████████████████████████████████
**Sent** 2021-01-06 01:42:53 UTC
**Body** If I do you better not leave early! �Ⅱ

**Author** Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-06 01:47:24 UTC
**Body** Nigga

**Author** Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-06 01:48:10 UTC
**Body** I'm not leaving the house till like 8 or 9 am

**Author** ████████████████████████████████
**Sent** 2021-01-06 03:29:25 UTC
**Body** Oh. We're leaving front royal at 6:30

**Author** Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-06 03:45:25 UTC
**Body** Y, so we can listen to the same speech 1000 times?

**Meta Platforms Business Record**                                    **Page 2**

**Author**
        Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-06 03:45:42 UTC
**Body** Fights are at night

**Author** ████████████████████████████████
**Sent** 2021-01-07 01:46:51 UTC
**Body** You still in DC?

**Author** Miles Adkins (Facebook: 100006517876437)
**Sent** 2021-01-07 01:47:45 UTC
**Body** Not now

*Image 1 - ADKINS' Facebook messages about traveling to Washington, D.C.*

3

On or about January 6, 2021, ADKINS travelled to Washington D.C. from Stephens City, Virginia.

On January 6, 2021, after attending the former President's rally at the Ellipse, ADKINS walked to the U.S. Capitol and entered. Open-source video, Closed Circuit Video from the U.S. Capitol building, and pictures and video that ADKINS sent through social media while he was in the U.S. Capitol building confirm his presence inside.

In the images ADKINS sent while he was inside the U.S. Capitol building, ADKINS wore a black ball cap with gold leaves on the bill and the word "CHUCK" on the front, sunglasses, a grey jacket, a scarf, dark pants, and a backpack with two small American flags on the sides. Image 2, below, is an image that ADKINS sent to one of his friends on Facebook on January 6, 2021.



*Image 2 – Photograph sent by ADKINS to a Facebook friend from the Capitol*

During an interview with the FBI, ADKINS said that he went to Washington D.C. on January 6, 2021, to hear then-President Donald Trump speak. He admitted that he walked with a large group to the U.S. Capitol. He claimed that there were no barriers when he arrived at the U.S. Capitol but admitted that he saw people scuffling with police and heard loud noises that he believed were flashbang detonations outside the U.S. Capitol building. He would not talk about his actions inside the U.S. Capitol building. ADKINS said that he had traveled to Washington, D.C. a few times prior to January 6, 2021, to act as an escort for persons associated with the Oath Keepers, specifically in November or December of 2020. ADKINS said that he communicated with an Oath Keeper on January 6, 2021, through the Signal cellular phone application.

ADKINS was captured in open-source videos taken inside the U.S. Capitol building on January 6, 2021 One image of ADKINS appeared in the Winchester Star newspaper identifying

ADKINS' as a publicly elected member of the Frederick County School Board who was present at the Capitol. In open-source images ADKINS wore the same "CHUCK" hat, sunglasses, scarf, and grey jacket as he did in the pictures that ADKINS sent through Facebook to friends with the message that he was inside the Capitol on January 6. The FBI compared Image 3, below, from a Winchester Star news article[1];  Image 4, below, from open-source video, and Image 5, below, attached to a message ADKINS sent through Facebook to a friend on January 6, 2021, indicating that he had been inside the Capitol.

  

*Image 3*
*Winchester Star*                    *Image 4*                    *Image 5*
                              *Open-Source Video*            *Facebook message*





*Images 6 and 7 are Facebook messages between ADKINS and a Facebook friend indicating that ADKINS had been inside the U.S. Capitol building.*

---

[1] ADKINS. URL: https://www.winchesterstar.com/winchester_star/school-board-member-declines-to-comment-on-1-6-allegations/article_f7403db8-30f8-540d-88ad-3138b22d88eb.html; last visited, December 13, 2023

**ADKINS' Actions at the Capitol**

ADKINS approached the Capitol from the West Front and made his way up the Northwest Stairs to the Upper West Terrace after police lines were breached.



*Image 8 – ADKINS (yellow circle) ascending the Northwest stairs*

At approximately 2:15 p.m., within minutes of the first breach of the U.S. Capitol building, while congresspeople were still evacuating, ADKINS entered the U.S. Capitol building through the Senate Wing Door.



*Image 9 – ADKINS (yellow circle) entering through the Senate Wing Door*

ADKINS walked inside of the U.S. Capitol building and proceeded toward the Senate side. As ADKINS walked around in the U.S. Capitol building, he came into close proximity to police defending the building.



*Image 10 – ADKINS (yellow circle) in close proximity to police*

ADKINS returned to the Senate Wing Door lobby and waived rioters who were outside into the building. He then helped an individual enter the U.S. Capitol building through a broken window next to the Senate Wing Door.



*Image 11 – ADKINS (yellow circle) helping a rioter enter through a broken window next to the Senate Wing Door*

At approximately 2:23 p.m., ADKINS and the individual he helped through the window turned and walked toward the Crypt.



*Image 12 – ADKINS (red circle) in Senate Wing door lobby walking toward Crypt*

At approximately 2:29 p.m., ADKINS moved toward a first-floor exit west of the Crypt, the Law Library door, but turned around and did not exit. In the area of the Law Library door, ADKINS was holding a large, canned beverage. In a social media message, ADKINS corroborated his identity and actions inside the U.S. Capitol building by bragging that he drank a Coors Lite beer in the U.S. Capitol building.



**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-06 22:07:20 UTC
   **Body** You all going home now?

**Author** Miles Adkins (Facebook: 100006517876437)
   **Sent** 2021-01-06 22:16:59 UTC



| Meta Platforms Business Record | Page 2217 |

   **Body**
      No I still need to fight antifa

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-06 22:20:53 UTC
   **Body** Bro I'm watching on the news waiting for a ducking riot to start

**Author** Miles Adkins (Facebook: 100006517876437)
   **Sent** 2021-01-06 22:21:33 UTC
   **Body** I'm getting  food then fighting

**Author** Miles Adkins (Facebook: 100006517876437)
   **Sent** 2021-01-06 22:21:55 UTC
   **Body** I drank fireball and a coors  lite in the capitol

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-06 22:21:55 UTC
   **Body** You guys better go out with a bang

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-06 22:22:08 UTC
   **Body** Don't let it be for nothing

**Author** Miles Adkins (Facebook: 100006517876437)
   **Sent** 2021-01-06 22:22:24 UTC
   **Body** Nigga, you know this

*Image 13 – ADKINS discussing his actions and drinking alcohol in the U.S. Capitol building*



*Image 14 – ADKINS (red oval) near Law Library Door exit with a canned beverage*

At approximately 2:30 p.m., ADKINS went down a set of stairs inside of the U.S. Capitol building that lead from the Crypt to the Visitor Center. ADKINS was still holding a canned beverage at this point.



*Image 15 – ADKINS (red circle) descending stairs to Visitor Center with canned beverage*

At approximately 2:31 p.m., ADKINS circled around the Upper Orientation Lobby in the Visitor Center. At approximately 2:43 p.m., ADKINS talked to other individuals in the Upper Orientation Lobby near where a confrontation with the police was occurring.



*Image 16 – ADKINS (red oval) with rioters confronting police in background*

At approximately 2:45 p.m., ADKINS can be seen walking back toward the stairs he came down next to an individual carrying a large flag.



*Image 17 – ADKINS (red oval) walking back toward stairs that lead from Visitor Center to Crypt*

At approximately 3:18 p.m., ADKINS walked around the Crypt, took pictures with his phone camera, and danced around in the middle of a group.  He appeared to be yelling and chanting. ADKINS placed items on the base of one of the statues and left them there when he walked away.



*Image 18 - screenshot taken from open-source video of Adkins in the Crypt*

At approximately 3:33 p.m., ADKINS left the U.S. Capitol building through the Memorial Door. Upon exiting, ADKINS can be heard yelling "Let's go get a beer, let's go get a beer!"



*Image 19- screenshot from open-source video showing ADKINS leaving the U.S. Capitol building*

## Statutory Violations

Based on the foregoing, your affiant submits that there is probable cause to believe that ADKINS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted

building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that ADKINS violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of February 2024.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE