AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Miles Brandon Adkins<br><br>*Defendant* | ) Case: 1:24-mj-00070<br>) Assigned To : Judge Zia M. Faruqui<br>) Assign. Date : 2/23/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   __Miles Brandon Adkins__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 02/23/2024

*Issuing officer's signature*

Zia M. Faruqui
2024.02.23
12:30:14 -05'00'

City and state:    Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/23/2024, and the person was arrested on *(date)* 02/27/2024
at *(city and state)* Winchester, VA.

Date: 02/28/2024

*Arresting officer's signature*

Melissa A. Macaron, FBI Special Agent
*Printed name and title*