# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO.** |
| v. | : | **MAGISTRATE NO.: 24-mj-70 (ZMF)** |
| **MILES BRANDON ADKINS,** | : | **VIOLATIONS:** |
| Defendant. | : | 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **MILES BRANDON ADKINS,** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building or Grounds,** in violation of Title 40, United States Code, Section 5104(e)(2)(D))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **MILES BRANDON ADKINS,** willfully and knowingly, paraded, demonstrated, or picketed in any United States Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building,** in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:     /s/ *Cari F. Walsh*
                              CARI F. WALSH
                              Assistant United States Attorney
                              MO Bar No. 37867
                              U.S. Attorney's Office for the District of Columbia
                              601 D Street N.W.
                              Washington, DC 20530
                              Phone: (816) 426-4307
                              Email: Cari.Walsh@usdoj.gov