

**Morgan County Veterans Service Office**
202 South Kingston Street
Wartburg, Tennessee 37887



10 June 2024

The Honorable Trevor N. McFadden

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Dear Judge McFadden,

I am Mark Keck, Chief Warrant Officer 5, USN, Retired. I served in the military for 35 years. Currently I am the Veterans Service Officer for Morgan County Tennessee. Also, for ten years worked as Court Bailiff.

I am writing to you on behalf of Miles Adkins who I have known his whole life. Full disclosure is that he is my nephew. Since his childhood days he has had a very strong sense of love for God, family and in teenage years forward also the Country. He has proven this when he had an offer of a college scholarship through sports, he instead chose to serve his country in the United States Marine Corps, from which he was Honorably discharged.

Since his discharge he has been active in the community and works hard every day to ensure safety compliance on various job sites. He was elected to the School Board and is a pillar within his local community.

Knowing Miles as I do, I can assure you that his entering the building although wrong was not done so with any malice or ill intent of those hallowed grounds. He is truly remorseful for entering the building and any leniency you could afford him would be greatly appreciated to allow this man to continue being a productive and contributing member of society.

Sincerely,

*[signature]*

M. H. Keck, CWO5, USN(Ret.)