Honorable Trevor McFadden.

My Name is Dana Brunn. I am a citizen of Frederick County and a Patriotic friend of Miles Adkins for the past 2 years. I attend school board meetings as well as meet with and talk with Miles on a regular basis on what this county can do to help our children get a better education. I will say that the position Miles holds as a Frederick County Schoolboard Member often appears to be a Thankless position for most to be in, especially in today's world. Many people don't even show up for the children, let alone the school board. Miles always shows up, has great insight on what is happening especially in our schools. He shows up ready, willing and able!! He has been clear and courteous and is just a great guy, in my humble opinion. Miles always takes the time to go into detail on ways we can better Our Community, and is always there with ideas and recommendations to better the future of our children. The children are our future. We need people in our community like Miles that actually care! Speaking for myself, and my colleagues in our community based group, we  have a deep appreciation for what Miles does. Miles is a Veteran and an American Patriot!
If you have any questions, feel free to contact me personally.

Sincerely,
Dana Brunn
Winchester, Va
443-794-8019