Dear Honorable Trevor McFadden,

My name is Patricia Keck and I am the 82 year old grandmother of Miles B. Adkins.i just wanted to say a few things about him.  He grew up in a military family and chose the Marines over a scholarship at Ohio State University. I have seen by his actions is extreme love for God, his country and his family.i love my grandson and will continue to support him, love him and always proud of him. I am pleading with you and thanking you in advance with any help and understanding in his behalf.


    Sincerely,

    Patricia G. Keck